UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14038-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

MARK ALAN YODER,
        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION ON FARRETTA HEARING AND APPOINTING STAND-BY COUNSEL**

THIS MATTER is before the Court upon the Defendant's *Ore Tenus* request to represent himself. Magistrate Judge Frank J. Lynch, Jr. held a *Faretta* hearing on defendant's request to represent himself on August 5, 2016. The Court has carefully reviewed the Report and Recommendation (D.E. 9) and no objections having been filed, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Frank J. Lynch, Jr., (**D.E. 9**) is hereby **ADOPTED in its entirety**. It is further

**ORDERED AND ADJUDGED** that the Federal Public Defender's Office is hereby appointed as stand-by counsel to assist Defendant in these proceedings.

**DONE AND ORDERED** in West Palm Beach, Florida, this 24 day of August, 2016.

Donald M. Middlebrooks
United States District Judge

cc:    Hon. Frank J. Lynch, Jr.
       Counsel of Record
       Mark Alan Yoder, *Pro Se*